UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cr-9

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**vs.** )<br>) **ORDER**<br>**JONTAVEIS LATWAN JOHNSON,** )<br>)<br>Defendant. )<br>) | |

**THIS MATTER** is before the Court on defendant's pro se "Motion to Reduce Sentence Pursuant to First Step Act 2018," (Doc. No. 85), and defendant's pro se "Motion for Summary Judgment re Motion to Reduce Sentence Pursuant to First Step Act 2018," (Doc. No. 86).

**ORDER**

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to defendant's motion.

Signed: February 24, 2021

Max O. Cogburn Jr.
United States District Judge